```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,

          v.                                    07 Cr. 177  (DAB)
                                                     ORDER
RAGHUBIR K. GUPTA,

                Defendant.
------------------------------------X
```
DEBORAH A. BATTS, United States District Judge.

    A trial date in this matter has been set for February 18, 2014, at 9:30 AM.

    The parties shall submit two hard copies of their proposed Voir Dire requests to the Court no later than January 14, 2014, at 4:00 PM.  Each party's Voir Dire requests shall include: (1) the names of all the people sitting at counsel table during the trial; (2) one merged alphabetized list containing both the names of all witnesses who may testify and all the individuals whose names may be mentioned at trial; and (3) if applicable, the names and addresses of any location whose name might be mentioned at trial.

    In addition, the Government shall inform the Court in its proposed Voir Dire requests if undercover agents, accomplice witnesses, cooperating witnesses or confidential informants were used; whether any witness needs the use of a language interpreter, and, if so, what language(s); whether phone wire taps are involved; whether there are audio tapes or video

surveillance tapes, and if so, what language is spoken on them; and whether a search warrant was executed in the case.

The Government shall submit its proposed Requests to Charge to the Court and to Defendant no later than January 14, 2014, at 4:00 PM.  In accordance with the Court's Individual Practices, the Defendant shall respond to the Government's proposed Requests to Charge no later than January 28, 2014 at 4:00 PM.  The Requests to Charge shall be submitted to Chambers both in two hard copies and on compact disk (CD) in WordPerfect format. There shall be no extensions.

SO ORDERED

DATED:   New York, New York
         October 8, 2013

_____
       Deborah A. Batts
  United States District Judge