UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

    -against-

RAGHUBIR K. GUPTA,

                    Defendant.
-----------------------------------------------------------x

**CERTIFICATE**

07 Cr. 177 (DAB)

**JEFFREY C. HOFFMAN,** an attorney duly admitted to practice law before this Court, affirms as follows:

1. I am a member of the firm of Hoffman & Pollok LLP, attorneys for the defendant RAGHUBIR K. GUPTA.

2. I have read the Affidavit of Raghubir K. Gupta in support of his application to recuse trial judge Deborah Batts.

3. After discussing this motion with Mr. Gupta at length, I am convinced that he holds a subjective belief, in good faith, that the court is biased or prejudiced against him and would therefore be unable to preside fairly over his retrial.

4. In researching the bases for this motion, I have been unable to find any case law that would support recusal on the facts stated. I believe that it would preserve the appearance of propriety, and that it would be in the defendant's best interest and in the interests of the public, for the accused to be tried before a judge that he or she perceives as fair and unbiased.

5. I under that, under 28 U.S.C. §144, this application must be decided by a different judge.

Dated: New York, New York
      December 30 , 2013

                                                      _____S/_____
                                                      JEFFREY C. HOFFMAN