UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

United States of America,        Plaintiff,        Case No. CR 07-177

-against-

Raghubir K. Gupta        Defendant.
-------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending                    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Susan C. Wolfe**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: SW-9075         My State Bar Number is 1981042

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Hoffman & Pollok LLP
            FIRM ADDRESS: 260 Madison Avenue, New York, NY 10016
            FIRM TELEPHONE NUMBER: (212) 679-2900
            FIRM FAX NUMBER: (212) 679-1844

NEW FIRM:   FIRM NAME: Blank Rome LLP
            FIRM ADDRESS: 405 Lexington Avenue, New York, NY 10174
            FIRM TELEPHONE NUMBER: (212) 885-5000
            FIRM FAX NUMBER: (212) 885-5001

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: January 9, 2015

*Susan C. Wolfe*
ATTORNEY'S SIGNATURE